CIVIL CITATION – CITCVWD

## THE STATE OF TEXAS

To: Scottsdale Insurance Company
RA: Corporation Service Company
211 East 7th Street, Suite 620
Austin TX 78701-3218

Defendant, **NOTICE:**
**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A. M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.
Said **ANSWER** may be filed with the District Clerk's Office, Orange County Courthouse, 801 W Division Ave, Orange Texas 77630.

Said **PLAINTIFF'S ORIGINAL PETITION**

was filed and docketed in the Honorable 128th District Court of Orange County, Texas at the District Clerk's Office at the Orange County Courthouse, 801 W Division Ave, Orange, Texas on August 12, 2019 in the following styled and numbered cause:

Cause No: A190307-C

Bass Seafood, Inc., et al VS. Scottsdale Insurance Company

The name and address of the attorney for plaintiff otherwise the address of Plaintiff is:
David Dies
1703 Strickland Dr
ORANGE TX 77630
**ISSUED AND GIVEN** under my hand and seal of said Court at Orange, Texas, this August 12, 2019.

VICKIE EDGERLY, District Clerk
Orange County, Texas

*Vickie Edgerly*

### RETURN

Came to hand on the ___16___ day of ___August___, 20_19_, at _10:00_ o'clock _A._ M., and executed in ___Travis___ County, Texas, at _____ o'clock ____.M., on the _____ day of ___August___, 20_19_, by delivering, in accordance with the requirements of law, to the within named _Scottsdale Ins. Co._ ~~In person, a~~ by certified mail, a true copy of this citation together with the accompanying copy of the petition, having first endorsed thereon the date of delivery.
And not executed as to the defendant _____
the diligence used to execute being _____
the cause of failure to execute is _____
the defendant may be found _____

TOTAL FEES: _____    BY: _____ O.C. #___

## EXHIBIT 2